**Matin Aquil HASSAN, Plaintiff–Appellant,**

v.

**John NEWHART, Sheriff, Chesapeake City Jail; Vernon L. White, Lieutenant, Chesapeake City Jail, Defendants–Appellees.**

No. 15–6101.

United States Court of Appeals, Fourth Circuit.

Submitted: March 12, 2015.

Decided: March 17, 2015.

Matin Aquil Hassan, Appellant Pro Se. David Brandt Oakley, Poole Mahoney PC, Chesapeake, Virginia; Phillip Matthew Roberts, Poole Mahoney, PC, Chesterfield, Virginia, for Appellees.

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matin Aquil Hassan appeals the district court's order dismissing Hassan's 42 U.S.C. § 1983 (2012) complaint for failure to state a claim for relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hassan v. Newhart*, No. 3:12–cv–00876–JRS, 2015 WL 139085 (E.D.Va. Jan. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*